IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER,

Plaintiff(s),

v.

CITY OF WESTMINSTER, CO, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 30) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 30-2) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: January 23, 2008