IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO, a municipal corporation,
DAN MONTGOMERY, in his individual and official capacities,
RAY ESSLINGER, in his individual and official capacities,
DAMIAN PEREZ, in his individual and official capacities,
THOMAS STEELE, in his individual and official capacities,
JOHN DOES, in their individual and official capacities.

    Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## TO VACATE SETTLEMENT CONFERENCE ( Docket No 35 )

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed Defendants' Unopposed Motion to Vacate Settlement Conference and the file, having considered said Defendants' Unopposed Motion to Vacate Settlement Conference, and being fully advised in the premises, the Court hereby

**ORDERS** that Defendants' Unopposed Motion to Vacate Settlement Conference is granted. The Settlement Conference scheduled for April 14, 2008 is vacated and rescheduled for October 14, 2008, at 10:30 A.m. Updated confidential settlement statements are due by October 10, 2008.

**DATED** this \_\_\_\_4th\_\_\_\_ day of \_\_\_\_April\_\_\_\_, 2008.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

00305270