IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO, a municipal corporation,
DAN MONTGOMERY, in his individual and official capacities,
RAY ESSLINGER, in his individual and official capacities,
DAMIAN PEREZ, in his individual and official capacities,
THOMAS STEELE, in his individual and official capacities,
JOHN DOES, in their individual and official capacities.

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER (Docket p. 39)

---

**THIS MATTER**, having come before the Court, the Court having reviewed the Unopposed Motion to Amend Scheduling Order and the file, having considered said Motion, and being fully advised in the premises, the Court hereby

**GRANTS** the Unopposed Motion to Amend Scheduling Order. The Court hereby

**ORDERS**:

    (1) The expert disclosure, rebuttal expert disclosure, discovery, dispositive and Rule 702 motions deadlines provided in the Scheduling Order are hereby vacated;

    (2) The expert disclosure deadline shall be July 2, 2008.

    (3) The rebuttal expert disclosure deadline shall be July 30, 2008;

    (4) The discovery deadline shall be August 27, 2008; and

    (5) The dispositive motion and Rule 702 motions deadlines shall be September 1, 2008.

DATED this 2nd day of MAY, 2008.

BY THE COURT:

*[signature]*

Michael J. Watanabe
United States Magistrate Judge