IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER

    Plaintiff,

v.

RAY ESSLINGER, individually and as a Police Officer of the City of Westminster,
DAMIAN PEREZ, individually and as a Police Officer of the City of Westminster,
THOMAS STEELE, individually and as a Police Officer of the City of Westminster,

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS WITH PREJUDICE**
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion to Dismiss Certain Defendants and Claims with Prejudice (Motion) **(#47)** and the file, having considered said motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the Motion is **GRANTED**, and the captions in all future pleadings be amended to reflect the caption in this Order. The Third Claim for Relief, Fourth Claim for Relief, and Fifth Claim for Relief, as set forth in the First Amended Complaint, against all Defendants are hereby dismissed with prejudice.

DATED this 12th day of August, 2008.

                                                          **BY THE COURT:**

                                                          */s/ Marcia S. Krieger*
                                                          _____

                                                          Marcia S. Krieger
                                                          United States District Judge