IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER,

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO, a municipal corporation,
POLICE CHIEF DAN MONTGOMERY, in his individual and official capacity,
OFFICERS RAY ESSLINGER, in his individual and official capacities,
DAMIAN PEREZ, in his individual and official capacities,
THOMAS STEELE, in his individual and official capacities, and
JOHN DOES, POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO, in his individual and official capacities,

    Defendants.
_____

### ORDER AND NOTICE OF EVIDENTIARY HEARING
_____

THIS MATTER comes before the Court on the Parties' Joint Motion Under Rule 702 **(#49)** filed September 2, 2008. Based thereon,

**IT IS ORDERED** that:

(1)     A one-hour evidentiary hearing is set for **December 19, 2008,** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2)     To enable the parties to prepare for the hearing, any party intending to offer exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of

witnesses to all counsel.

(3) Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.

DATED this 4th day of September, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge