# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER

    Plaintiff,

v.

RAY ESSLINGER, in his individual and official capacities,
DAMIAN PEREZ, in his individual and official capacities,
THOMAS STEELE, in his individual and official capacities.

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No. 55)

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion to Vacate Settlement Conference and the file, having considered said Stipulated Motion to Vacate Settlement Conference, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion to Vacate Settlement Conference is granted. The Settlement Conference scheduled for October 14, 2008 is vacated.

DATED this 9th day of October, 2008.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

00326279