IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER

    Plaintiff,

v.

RAY ESSLINGER, in his individual and official capacities; and
THOMAS STEELE, in his individual and official capacities,

    Defendants.
_____

## ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT DAMIAN PEREZ WITH PREJUDICE
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion to Dismiss Defendant Damian Perez with Prejudice **(#59)**, having considered said Stipulated Motion to Dismiss Defendant Damian Perez with Prejudice, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion to Dismiss Defendant Damian Perez with Prejudice is **GRANTED**. Defendant Damian Perez is hereby dismissed as a party to this action, and the First and Second Claims for Relief against said Defendant are hereby dismissed. Further, each party is to bear their own attorney's fees and costs as agreed between the parties. The claims against Defendants Ray Esslinger and Thomas Steele remain in effect. All future captions shall so reflect.

**DATED** this 9th day of December, 2008.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge