IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02233-MSK-MJW

BRIAN MILLER,

    Plaintiff,

v.

RAY ESSLINGER, individually and as a Police Officer of the City of Westminster, and
THOMAS STEELE, individually and as a Police Officer of the City of Westminster,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS REMAINING DEFENDANTS WITH PREJUDICE

THIS MATTER, having come before the Court, the Court having received and reviewed the Stipulated Motion to Dismiss Remaining Defendants with Prejudice (Motion) **(#64)** and the file, having considered the Motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the Motion is **GRANTED**. All claims against Defendants Ray Esslinger and Thomas Steele are hereby dismissed. Each party is to bear their own attorney's fees and costs as agreed between the parties. The entirety of this case is dismissed and the Clerk is directed to close this case. The Final Pretrial Conference set for December 29, 2008, is hereby **VACATED**.

DATED this 29th day of December, 2008.

                                                      **BY THE COURT:**

                                                      *Marcia S. Krieger*
                                                      _____

Marcia S. Krieger  
United States District Judge